IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-340 |
| | § | CRIMINAL  NO. B-05-145 |
| DAVID ALVARADO MELENDEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 19), and the revocation hearing for the transferred Brownsville case. The motion for continuance is GRANTED. The sentencing and the revocation hearing are reset to **December 14, 2009, at 9:00 a.m.**

SIGNED on October 27, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge